**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**
_____

**No. 00-11209**
_____

**JAMES H. CARNEY; JAMES R. FISHER, also known as Bill,**

                                     **Plaintiffs - Appellants,**

**versus**

**FIRST COMMUNITY BANK OF AMERICA, also known as Bayside Federal
Savings & Loan Association,**

                                     **Defendant - Appellee.**

_____

**Appeal from the United States District Court
for the Northern District of Texas
(3:99-CV-2259-P)**

_____

**October 15, 2001**

Before BARKSDALE and STEWART, Circuit Judges, and DUVAL, District

Judge[1].

PER CURIAM:[2]

    **AFFIRMED.**   *See* 5TH CIR. R. 47.6.

---

    [1]District Judge of the Eastern District of Louisiana, sitting by
designation.

    [2]Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the
limited circumstances set forth in 5TH CIR. R. 47.5.4.